UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.B.-P. and A.C. individually and on behalf of J.L.C.,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26-CV-01940 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court has been advised that the parties have reached an agreement to settle this case. (*See* ECF 20.) Accordingly, all current pending deadlines in this action are adjourned sine die.

Dated: July 8, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge